# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145842(30)

IN RE STONER

_____

LARRY ROBERT STONER,

      Plaintiff-Appellant,

v

WASHTENAW CIRCUIT COURT JUDGE,

      Defendant-Appellee.

SC: 145842
COA: 309041

_____

On order of the Chief Justice, the motion by plaintiff for waiver of filing fees is treated as a motion for reconsideration of the order of September 13, 2012 and, so treated, it is denied because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk